**Opinion issued September 30, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00587-CV

———————————

## IN RE SENECA RESOURCES CORPORATION, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Seneca Resources Corporation has filed a petition for writ of mandamus challenging the trial court's plenary power to grant a motion for new trial and a related docket control order in the underlying action.[1] We **deny** the petition.

---

[1] The underlying case is *Tammi McCoy, Individually And On Behalf Of The Surviving Heirs of Brandon Pennywell v. Seneca Resources Corp., Carl Gerrard and Cenergy International Services, LLC*, cause number 2013-01325, pending in the 234th District Court of Harris County, Texas, the Honorable Wesley Ward presiding.

## PER CURIAM

Panel consists of Justices Massengale, Brown, and Huddle.